*E-FILED 11-04-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XEROX CORPORATION, | No. C11-04504 HRL |
| Plaintiff, | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| ARSH INCORPORATED, | |
| Defendant. | |

Plaintiff advises that the parties have reached a settlement. Accordingly, all deadlines and scheduled appearances are vacated. Plaintiff further advises that it intends to voluntarily dismiss this action approximately two years from now, after the settlement is paid in full. The court sees no need to keep this matter on its docket of active litigation for that length of time. Accordingly, the clerk shall administratively close the file. However, if any party certifies to this court, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing order will be vacated, and this case will be reopened and restored on the court's calendar.

SO ORDERED.

Dated: November 4, 2011



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:11-cv-04504-HRL Notice has been electronically mailed to:

2   Edward Soo Kim     ekim@hemar-rousso.com

3   Pamela Lorraine Cox     pcox@hemar-rousso.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.